IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESUS VALDEZ BERMUDEZ, | ) | |
| Petitioner, | ) | No C 07-2799 VRW (PR) |
| vs. | ) | ORDER OF DISMISSAL |
| ALBERTO GONZALES, et al, | ) | (Doc # 2) |
| Respondent(s). | ) | |

Petitioner, an alien detained on behalf of the Immigration and Naturalization Service ("INS") at the Kern County Correctional Facility in Bakersfield, California, has filed a pro se petition for a writ of habeas corpus under 28 USC § 2241 challenging his continued detention pending deportation.

Petitioner alleges that he was ordered deported from the United States by an Immigration Judge and that said order became final when the Board of Immigration Appeals affirmed it on February 9, 2007. Petitioner claims his continued detention pending deportation is unlawful because it has been more than 90 days since the order of removal became final and there is no indication that his country, the Philippines, will acquiesce to repatriation in the foreseeable future.

Unless special circumstances exist, an alien ordered removed whose removal is not reasonably foreseeable may not be detained indefinitely, but only for "a period reasonably necessary to secure removal." Zadvydas v Davis, 533 US 678, 699 (2001). Detention for six months is "presumptively reasonable," however. Id at 701. After six months, a due process analysis and remedy follow:

> If, after 6 months, the alien makes a showing that there is "no significant likelihood of removal in the reasonably foreseeable future" then the government must establish such a likelihood, or the existence of special circumstances, or the alien must be released from custody.

Khotesouvan v Morones, 386 F3d 1298, 1300 (9th Cir 2004) (citing Zadvydas, 533 US at 696, 701).

The instant petition is DISMISSED without prejudice to refiling if petitioner's detention pending deportation exceeds six months.

The clerk shall enter judgment in accordance with this order, terminate all pending motions (see, e.g., doc # 2) as moot, and close the file. No fee is due.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge