IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VALDEZ BERMUDEZ, | No. C 07-2799 VRW |
|     Petitioner, | |
|  v. | **JUDGMENT IN A CIVIL CASE** |
| ALBERTO R. GONZALES, et al., | |
|     Respondent. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that pursuant to the order dismissing the petition filed June 12, 2007, judgment is entered in favor of respondent and against petitioner.

Dated: June 12, 2007                                                    Richard W. Wieking, Clerk

By: *Cora Klein*
Deputy Clerk